```
                                                    FILED
                                              U.S. DISTRICT COURT
                                              DISTRICT OF COLORADO

                                              2018 JUN 13  AM 10: 44

                                                JEFFREY P. COLWELL
                                                      CLERK

                                              BY_____DEP. CLK
```

9 June 2018

Michael Hogan
Villa 20, Fallsway Suites, Plot 35171/2 off Alick Nkhata Road,
Lusaka Province, Republic of Zambia
+260 96 3030004
Hogan-michael@sbcglobal.net


Presiding Judge
United States District Court for the District of Colorado
901 19th Street
Denver, CO 80294-3589

USDC case #: 18-01253-MEH


Your Honor,

I am a Director of Nimbus Concepts, LLC(Nimbus). Nimbus is in bankruptcy in your district under case #17-21235KHT. I have been told by the attorney representing Nimbus in that bankruptcy that Case# 18-01253-MEH was filed in your court against me.

I have not been properly served in the case and to my knowledge the Plaintiff has made no attempt to properly serve me here in Zambia. The Plaintiff has known for years that I reside in Lusaka, Zambia where I serve as a missionary working with orphans and neglected children.

The attorneys in the Nimbus bankruptcy have filed the attached motions for Temporary Restraining Order; Preliminary Injunction; and hearing request along with the attached Verified Complaint for Declaratory and Injunctive Relief concerning case before you (Case# 18-01253-MEH) .

I am asking that you do not do anything in the case before you (Case #18-01253-MEH) until the issues in the Nimbus bankruptcy case are resolved and I am properly served in Zambia.

Sincerely,

*[signature]*

Michael J. Hogan