# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-1253

ROBERT E. WRIGHT,

    Plaintiff,

v.

MARK KRAFT and
MICHAEL HOGAN,

    Defendants.

## STATUS REPORT

    Nimbus Concepts, LLC, debtor-in-possession, by and through undersigned counsel, for its Status Report, states as follows:

    1.    Nimbus Concepts, LLC ("Nimbus") filed for protection under Chapter 11 of the Bankruptcy Code on December 11, 2017 in the United States Bankruptcy Court for the District of Colorado, bankruptcy case number 17-21235-KHT.

    2.    This action was commenced by Robert E. Wright ("Mr. Wright"), a former director of Nimbus who is also a Chapter 11 debtor-in-possession in a separate bankruptcy case, against two of Nimbus' current directors, Mark Kraft and Michael Hogan (together, the "Directors").

    3.    Nimbus, Dr. Wright, and the Directors, among others, have reached a settlement of various disputes which, if approved by the respective judges for the separate bankruptcy cases of Nimbus and Dr. Wright, will result in voluntary dismissal of the instant lawsuit.

    4.    Nimbus and Dr. Wright filed their *Joint Notice of Pending Settlement, Motion to Vacate Hearing on Preliminary Injunction, and Motion to Hold Adversary Proceeding in Abeyance* with the bankruptcy court on June 21, 2018. True and accurate copies of the notice and bankruptcy court order regarding the same are attached hereto as **Exhibit 1**.

5.      The settlement agreement has been reduced to writing but has not yet been signed or presented to the bankruptcy court for approval in the two bankruptcy cases at issue.  If no objections are filed, the process for obtaining approval of the settlement agreement in the bankruptcy court will take approximately four to six weeks.  Counsel for Dr. Wright has informed the undersigned that Dr. Wright does not oppose the instant matter being held in abeyance while the parties seek approval of their settlement agreement in the bankruptcy court.

Dated this July 2, 2018.

WADSWORTH WARNER CONRARDY, P.C.

/s/ David J. Warner
_____
David V. Wadsworth, #32066
David J. Warner, #38708
2580 W. Main St., Ste. 200
Littleton, CO 80120
(303) 296-1999 / (303) 296-7600 (FAX)
dwadsworth@wwc-legal.com
dwarner@wwc-legal.com
COUNSEL FOR NIMBUS CONCEPTS, LLC

**Certificate of Service**

I hereby certify that on this 2nd day of July 2018 a complete copy of the forgoing was served via CM/ECF on the following parties:

Lance Henry
lhenry@allen-vellone.com

Patrick D. Vellone
pvellone@allen-vellone.com

/s/ Dorelia E. Tackett
Paralegal