## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| NIMBUS CONCEPTS, LLC, | ) Case No. 17-21235 KHT |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |
| NIMBUS CONCEPTS, LLC, | ) |
| Chapter 11 Debtor-in-Possession, | ) Adversary Proceeding No. 18-01181 KHT |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| ROBERT E. WRIGHT, | ) |
| | ) |
| Defendant. | ) |

### JOINT NOTICE OF PENDING SETTLEMENT, MOTION TO VACATE HEARING ON MOTION FOR A PRELIMINARY INJUNCTION, AND MOTION TO HOLD ADVERSARY PROCEEDING IN ABEYANCE

ROBERT E. WRIGHT and CARLA S. WRIGHT and NIMBUS CONCEPTS, LLC ("Nimbus"), by and through their respective undersigned counsel, for their Joint Notice of Pending Settlement, Motion to Vacate Hearing on Motion for a Preliminary Injunction, and Motion to Hold Adversary Proceeding in Abeyance hereby state as follows:

1. The Wrights and Nimbus have reached a global settlement in principle of all disputes between the parties. The agreement must be reduced to writing and will require approval by this Court as well as the Court in the Wrights' pending chapter 11 case. The parties hope to have the agreement finalized and submitted for approval by June 29, 2018.

2. As a result of the settlement, the parties seek entry of an order vacating the hearing set to commence on June 25, 2018 regarding Nimbus' contested motion for a preliminary injunction and holding this adversary proceeding in abeyance.

3. The parties submit that cause for the requested relief is shown. The disputes between the parties have already cost both estates substantial expense. The settlement, if approved, will provide for (among other material terms) dismissal of the non-bankruptcy litigation pending against two of Nimbus' current directors. The parties therefore wish to spare any further expense in connection with this contested matter. Such cost savings will benefit creditors in both bankruptcy cases.

EXHIBIT 1

WHEREFORE, the parties hereto seek entry of an order vacating the hearing of Monday June 25, 2018 and holding the instant matter in abeyance pending approval of the parties' settlement agreement.

DATED this 21st day of June, 2018.

Respectfully submitted,

| ALLEN VELLONE WOLF HELFRICH & FACTOR, P.C. | WADSWORTH WARNER CONRARDY, P.C. |
|---|---|
| */s/ Patrick D. Vellone* | */s/ David J. Warner* |
| Patrick D. Vellone, #15284<br>Lance Henry, #50864<br>1600 Stout Street, Suite 1100<br>Denver, Colorado 80202<br>(303) 534-4499<br>pvellone@allen-vellone.com<br>lhenry@allen-vellone.com<br>ATTORNEYS FOR THE DEBTORS | David V. Wadsworth, #32066<br>David J. Warner, #38708<br>2580 West Main Street, Suite 200<br>Littleton, Colorado 80120<br>(303) 296-1999<br>dwadsworth@wwc-legal.com<br>dwarner@wwc-legal.com<br>ATTORNEYS FOR NIMBUS CONCEPTS, LLC |

## Certificate of Service

I certify that on June 21, 2018, I served a complete copy of the **Joint Notice of Pending Settlement, Motion to Vacate Hearing on Motion for a Preliminary Injunction, and Motion to Hold Adversary Proceeding in Abeyance** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

<u>Via CM/ECF</u>

Patrick D. Vellone
pvellone@allen-vellone.com

<u>/s/Angela Garcia</u>
Paralegal
For Wadsworth Warner Conrardy, P.C

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| NIMBUS CONCEPTS, LLC, ) | Case No. 17-21235 KHT |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| ) | |
| NIMBUS CONCEPTS, LLC, ) | |
| Chapter 11 Debtor-in-Possession, ) | Adversary Proceeding No. 18-01181 KHT |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| ROBERT E. WRIGHT, ) | |
| ) | |
| Defendant. ) | |

**ORDER RE: JOINT NOTICE OF PENDING SETTLEMENT, MOTION TO VACATE HEARING ON MOTION FOR A PRELIMINARY INJUNCTION, AND MOTION TO HOLD ADVERSARY PROCEEDING IN ABEYANCE**

THIS MATTER, having come before the Court on the Joint Notice of Pending Settlement, Motion to Vacate Hearing on Motion for a Preliminary Injunction, and Motion to Hold Adversary Proceeding in Abeyance filed by Robert and Carla Wright and Nimbus Concepts, LLC ("Nimbus") and the Court, having considered the matter and finding good cause supporting the relief requested, hereby

ORDERS the Motion is GRANTED. The evidentiary hearing motion for a preliminary injunction filed by Nimbus Concepts, LLC scheduled to commence on June 25, 2018 is VACATED. All other pre-hearing and litigation deadlines are likewise VACATED. The instant adversary proceeding shall be held in abeyance pending approval of the parties' settlement agreement in this case and in Dr. Wright's chapter 11 case. If the settlement agreement is approved, the parties will promptly seek dismissal of this action. If the settlement agreement is not approved, the parties shall promptly file a motion to reschedule the necessary hearings and deadlines.

DATED this 21st day of June, 2018.

BY THE COURT:

_Kimberley H. Th——_
United States Bankruptcy Judge